**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

2018 AUG 16  PM 3:49

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

**SAMMY SHELTON, CARNETT
BREWER, DUANE HARRIS, and
THOMAS CATHEY,**
               **Plaintiffs,**

-vs-

**MCLANE COMPANY, INC. and MCLANE
FOODSERVICE, INC.,**
               **Defendants.**

**CAUSE NO.:
AU-17-CA-00888-SS**

## FINAL JUDGMENT

BE IT REMEMBERED on this day the Court entered its order dismissing all of Plaintiffs' claims and thereafter enters the following order of dismissal:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiffs' claims are DISMISSED WITH PREJUDICE, with all costs to be taxed against Plaintiffs, for which let execution issue.

SIGNED this the 16 day of August 2018.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE